### GIVINS v. THE STATE.

FISH, C. J. There being no complaint that any error of law was committed on the trial, and there being evidence to authorize the verdict, the judgment refusing a new trial is    *Affirmed. All the Justices concur.*

Submitted December 18, 1905.—Decided January 12, 1906.

Accusation of cheating and swindling. Before Judge Crisp. City court of Americus. October 19, 1905.

*Williams & Harper,* for plaintiff in error.

*Allen Fort, Jr., solicitor,* contra.